**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00224-CR

**JORGE SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA10-72305-N**

## ORDER

On January 14, 2013, this Court ordered the court reporter to file the reporter's record within thirty days. When we did not receive the record by February 22, 2013, we ordered court reporter Vearneas Faggett to file the reporter's record within fifteen days. On March 14, 2013, Ms. Faggett was ordered to file the reporter's record within ten days. In the March 14, 2013 order, we warned Ms. Faggett that if she did not file the record within the time specified, we would order that she not sit until she filed the record in this case. Ms. Faggett has not filed the reporter's record as ordered. Instead, she has filed a request for a thirty-day extension.

We **DENY** Vearneas Faggett's March 22, 2013 request for an extension of time to file the reporter's record.

We **ORDER** court reporter Vearneas Faggett to file, within **THIRTY DAYS** of the date of this order, the reporter's record, including all exhibits, in the above-styled case.

We further **ORDER** that Vearneas Faggett not sit as a court reporter until she has complied with this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizzell, Presiding Judge of County Criminal Court No. 11; court reporter Vearneas Faggett; counsel for the parties; and the Dallas County Auditor's Office.

/s/     LANA MYERS
        JUSTICE